**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 14, 2023.**



In The

# Fourteenth Court of Appeals

NO. 14-23-00698-CV

IN RE G.W., Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Court at Law
Grimes County, Texas
Trial Court Cause No. 36057-CCL

## MEMORANDUM OPINION

On September 20, 2023, relator G.W. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tuck McClain, presiding judge of the County Court at Law of Grimes County, to (1) strike the intervention of

Grandparents; (2) vacate his temporary order granting Grandparents conservatorship rights, possession of or access to the child and requiring supervised visitation for relator; and (3) order Grandparents to pay all of relator's attorney's fees incurred in the underlying proceeding.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.